IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0632

IN THE MATTER OF

C.R.F. and M.D.F.,

Youths in Need of Care.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, K.J.F., is granted an extension of time until March 21, 2022 to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Grant of Extension of Time Mike McGrath
Chief Justice, Montana Supreme Court
January 27 2022
Page 1